IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

DAVID A. CORDOVA,
          Plaintiff,

v.                                                                                           No. CV-10-1165 CG/WDS

SOCIAL SECURITY ADMINISTRATION,
          Defendants.

**ORDER GRANTING PLAINTIFF'S MOTION TO PROCEED WITHOUT PREPAYING FEES OR COSTS**

Before the Court is Plaintiff David A. Cordova's *Application to Proceed in District Court Without Prepaying Fees or Costs*. (Doc. 2). The Court has carefully reviewed Plaintiff's motion and finds that it is well-taken.

**IT IS THEREFORE ORDERED** that the motion is **GRANTED**.

**IT IS FURTHER ORDERED** that this action is authorized to proceed without the prepayment of the filing fee, costs, or security therefor.

**IT IS FURTHER ORDERED** that the United States Marshal shall serve a copy of the Summons and Complaint upon the United States Attorney, the Attorney General, and the Office of the General Counsel.

**IT IS SO ORDERED.**

_____
**THE HONORABLE CARMEN E. GARZA**
**UNITED STATES MAGISTRATE JUDGE**