IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

DAVID A. CORDOVA,
        Plaintiff,

v.                                          No. CV-10-1165 CG/WDS

SOCIAL SECURITY ADMINISTRATION,
        Defendants.

## ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME

**THIS MATTER** is before the Court on *Defendant's Unopposed Motion for Extension of Time*. (Doc. 16). Defendant seeks an extension of time to respond to Plaintiff's *Motion to Reverse or Remand Administrative Agency Decision*. (Doc. 13). The Court, having considered the motion, noting that it is unopposed, and otherwise being fully advised in the premises, **FINDS** the motion to be well-taken.

**IT IS THEREFORE ORDERED** that *Defendant's Unopposed Motion for Extension of Time*, (Doc. 16), be **GRANTED**. Defendant's deadline to respond to Plaintiff's motion is extended to July 15, 2011. Plaintiff's deadline to file a reply to Defendant's response shall be extended to August 1, 2011.

_____
THE HONORABLE CARMEN E. GARZA
UNITED STATES MAGISTRATE JUDGE