IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| DAVID CORDOVA, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| vs. | ) Civ. No. 10-1165-CG/WDS |
| | ) |
| MICHAEL J. ASTRUE, | ) |
| Commissioner of the | ) |
| Social Security Administration, | ) |
| | ) |
|    Defendant. | ) |

## RULE 58 FINAL JUDGMENT

This action has come before the Court for consideration upon an Agreed Motion to Reverse and Remand for Further Administrative Proceedings (Doc. 18). An Order remanding the case to the Commissioner has been entered.

The Court enters this Final Judgment under Fed. R. Civ. P. 58 remanding this case to the Commissioner for further administrative action.

_____
THE HONORABLE CARMEN E. GARZA
UNITED STATES MAGISTRATE JUDGE

SUBMITTED AND APPROVED BY:

*Electronically submitted 6/24/11*
MANUEL LUCERO
Assistant United States Attorney
Attorney for Defendant

*Telephonic approval received 6/24/11*
MICHAEL S. LIEBMAN
Attorney for Plaintiff